IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JERRY LYNN PEARSON                                               PLAINTIFF
ADC #137779

v.                        No. 3:24-cv-149-DPM

WELLPATH MEDICAL SERVICES, ADC,
Grimes Unit;  ARKANSAS
DEPARTMENT OF CORRECTIONS; and
HURST, Warden, Grimes Unit                                       DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Pearson hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 October 2024