IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JERRY LYNN PEARSON**  PLAINTIFF
ADC #137779

v.  No. 3:24-cv-149-DPM

**WELLPATH MEDICAL SERVICES, ADC,**
Grimes Unit; **ARKANSAS**
**DEPARTMENT OF CORRECTIONS**; and
**HURST**, Warden, Grimes Unit  DEFENDANTS

**JUDGMENT**

Pearson's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 October 2024